United States District Court
Northern District Of New York

Case No. :   1:14-CV-1192

Date:   10/08/14

Presiding Judge:   Thomas J. McAvoy         ** PLTF'S [3] MOTION FOR PRELIMINARY INJUNCTION **

(  ) Plaintiff            (  ) Defendant            ( XX ) Court

| Exhibit No. | Marked for Identification (court use only) | Admitted Into Evidence (court use only) | Remarks | Witness (court use only) | Exhibit Description |
|---|---|---|---|---|---|
| 1 | 10/08/14 | 10/08/14 | | | Tiya Bhattacharya Stmt |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Exhibits Returned To Counsel (Date):_____          Signature:_____