UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Case No.: 1:14-CV-1192

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**PAIRSYS, INC**,
a New York Corporation,

**TIYA BHATTACHARYA,**
individually and as an officer of Pairsys, Inc.,

and

**UTTAM SAHA**,
individually and as an officer of Pairsys, Inc.,

    Defendants.

## STIPULATED ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE PLAINTIFF'S COMPLAINT

Upon stipulation by Plaintiff and Defendants, the Court enters this Order to Extend the Time for Defendants to Answer the Plaintiff's Complaint as follows:

Plaintiff served Defendants with Plaintiff's Complaint on October 1, 2014. Pursuant to the Court's Notice of October 15, 2014, the Defendants' Answers are due to be served and filed no later than October 22, 2014. Defendants are representing themselves in pro per and have requested additional time to prepare their Answers.

## ORDER

**IT IS THEREFORE ORDERED** that the due date for Defendants to file and serve their Answers be extended to November 21, 2014.

**SO ORDERED,** this __30th__ day of __October__, 2014

_____
HON. THOMAS J. McAVOY
SENIOR UNITED STATES DISTRICT JUDGE