

UNITED STATES OF AMERICA
Federal Trade Commission
ATLANTA, G.A. 30303

Gideon E. Sinasohn
Southeast Regional Office
Phone: (404) 656-1366
Email: gsinasohn@ftc.gov

November 18, 2014

Hon. Christian F. Hummel, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

    Re: FTC v. Pairsys, Inc., et. al., Case number: 14-CV-1192

Dear Judge Hummel,

    I am the lead attorney representing the Federal Trade Commission in the above-referenced case. Please accept this letter as my request to reschedule the initial conference for January 5, 2015 and to allow me to appear at the conference telephonically from Atlanta, Georgia. This would both accommodate my vacation plans, which I made prior to the filing of this case, and save government resources.

    Thank you for your consideration of my request.

    Yours truly,

*Gideon E. Sinasohn*
Gideon E. Sinasohn