U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 2 0 2014

LAWRENCE K. BAERMAN, CLERK
~~ALBANY~~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,,

|  |  |
|---|---|
| | **ANSWER** |
| | Case No. 1:14-cv-1192 |
| Plaintiff, | TJM/CFH |

-against-

PAIRSYS, INC.,
a New York Corporation,

TIYA BHATTACHARYA,
individually and as an officer of Pairsys, Inc.,

and

UTTAM SAHA,
individually and as an officer of Pairsys, Inc.,

Defendants.

Defendants Pairsys, Inc.("Pairsys"), Tiya Bhattacharya and Uttam Saha, all appearing *pro se*, for their Answer to Plaintiff's Complaint for Permanent Injunction and Other Equitable Relief, respectfully show to the Court and allege as follows:

1.    Answering paragraph 1 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

2.    Answering paragraph 2 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

3.    Answering paragraph 3 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

4.    Answering paragraph 4 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

5. Answering paragraph 5 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

6. Answering paragraph 6, Defendants admit the allegations set forth therein.

7. Answering paragraph 7, Defendant Saha admits that he resides in the district but Defendants deny the remaining allegations set forth in that paragraph.

8. Answering paragraph 8, Defendant Bhattacharya admits that she resides in the district but Defendants deny the remaining allegations set forth in that paragraph.

9. Answering paragraph 9 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

10. Answering paragraph 10 of the Complaint, Defendants deny the allegations set forth in that paragraph.

11. Answering paragraph 11 of the Complaint, Defendants deny the allegations set forth in that paragraph.

12. Answering paragraph 12 of the Complaint, Defendants deny the allegations set forth in that paragraph.

13. Answering paragraph 13 of the Complaint, Defendants deny the allegations set forth in that paragraph.

14. Answering paragraph 14 of the Complaint, Defendants deny the allegations set forth in that paragraph.

15. Answering paragraph 15 of the Complaint, Defendants deny the allegations set forth in that paragraph.

16. Answering paragraph 16 of the Complaint, Defendants deny the allegations set forth in that paragraph.

17. Answering paragraph 17 of the Complaint, Defendants deny the allegations set forth in that paragraph.

18. Answering paragraph 18 of the Complaint, Defendants deny the allegations set forth in that paragraph.

19. Answering paragraph 19 of the Complaint, Defendants deny the allegations set forth in that paragraph.

20.   Answering paragraph 20 of the Complaint, Defendants deny the allegations set forth in that paragraph.

21.   Answering paragraph 21 of the Complaint, Defendants deny the allegations set forth in that paragraph.

22.   Answering paragraph 22, Defendants admit the allegations set forth in that paragraph.

23.   Answering paragraph 23, Defendant admits that he has responded on behalf of Pairsys to BBB complaints but Defendants deny the remaining allegations set forth in that paragraph.

24.   Answering paragraph 24, Defendant Bhattacharya admits that she is the registered owner of Pairsys.com domain name and that a credit card in her name was used to purchase the domain from GoDaddy, but Defendants deny the remaining allegation in this paragraph that Bhattacharya is the Chief Executive Officer or Vice President of Pairsys.

25.   Answering paragraph 25 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

26.   Answering paragraph 26 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

27.   Answering paragraph 27, Defendants admit the allegations set forth in that paragraph.

28.   Answering paragraph 28 of the Complaint, Defendants deny the allegations set forth in that paragraph.

29.   Answering paragraph 29 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

30.   Answering paragraph 30 of the Complaint, Defendants admit that Pairsys is a Microsoft Network Partner, and that such information would be disclosed upon request from the consumer, but denies the remaining allegations set forth in that paragraph.

31.   Answering paragraph 31 of the Complaint, Defendants deny the allegations set forth in that paragraph.

32.   Answering paragraph 32 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is

necessary, Defendants deny said allegation.

33. Answering paragraph 33 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

34. Answering paragraph 34 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

35. Answering paragraph 35 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

36. Answering paragraph 36 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

37. Answering paragraph 37 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

38. Answering paragraph 38 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

39. Answering paragraph 39 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

40. Answering paragraph 40 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

41. Answering paragraph 41 of the Complaint, Defendants deny the allegations set forth in that paragraph.

42. Answering paragraph 42 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

43. Answering paragraph 43 of the Complaint, Defendants deny the allegations set forth in that paragraph.

44. Answering paragraph 44 of the Complaint, Defendants assert that said allegations are

legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

45. Answering paragraph 45 of the Complaint, Defendants deny the allegations set forth in that paragraph.

46. Answering paragraph 46 of the Complaint, Defendants deny the allegations set forth in that paragraph.

47. Answering paragraph 47 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

48. Answering paragraph 48 of the Complaint, Defendants assert that said allegations are legal conclusions and that no response is necessary, but to the extent a response is necessary, Defendants deny said allegation.

49. With respect to the "Prayer For Relief" section of the Complaint, Defendants reassert the responses above and affirmative defenses below and deny that Plaintiff is entitled to any relief as to Defendants.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

50. That any alleged acts or omissions constituting any of the alleged violations claimed in the Complaint were, upon information and belief, committed by agents or affiliates of the Defendants without the knowledge, consent, direction and/or authority of said Defendants and/or their principal(s) and/or officer(s) and thus the Defendants are not liable or responsible for any such alleged acts or omissions.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

51. That any and all acts or omissions Defendants are alleged in the Complaint to have committed which may have been committed by agents or affilates of Defendants without their knowledge, consent, direction and/or authority were "deminimus" in nature and not as serious as alleged herein.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

52. Plaintiff fails to state a cause of action against Defendants for which relief may be granted.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

53. The claims against all Defendants are defective because Plaintiff cannot demonstrate the required mental state or knowledge.  Defendants have acted at all

times in good faith and without any knowledge of wrongdoing.  Defendants engaged in no deceptive conduct and made no deceptive representations.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

54.  That contrary to Plaintiff's allegations, Defendant Pairsys is a member of the Microsoft Partner Network, as well as a partner with other large technology businesses such as Hewlett Packard, Lenovo, Acer, Symantec, McAfee, CA Technologies, AVG, Avast Software.  As such, Defendants were entitled and authorized to disclose their partnership in the resale of said partners products. Copies of the various partnership network confirmations are attached hereto as Exhibit 1.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

55.  That Plaintiff's disclosures regarding the Better Business Bureau complaints are misleading and disingenuous and not inclusive of the entire truth.  As of September 2014, a search of Pairsys Inc on the BBB website for the Albany, Buffalo, Rochester and Syracue regions reflected a total of 91 customer reviews, with 89 reviews giving a positive experience with Pairsys against only 2 negative experiences.  A copy of the BBB website setting forth these reviews is attached hereto as Exhibit 2.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

56.  That Defendant Tiya Bhattacharya has never been an employee, officer, director, member, shareholder or owner of Defendant Pairsys, Inc..  Plaintiff's reference to her purchase of the domain name at GoDaddy.com is misleading and disingenuous and not inclusive of the entire truth.  The domain name Pairsys.com, was purchased in 2005, for potential resale.  The company Pairsys, Inc., was not formed until 2012.  All formation and tax documents indicate that Defendant Uttam Saha, is the sole shareholder and owner of the business.

WHEREFORE, Defendants demand judgment dismissing Plaintiffs' Complaint, together with the costs of this action and such other and further relief as to the Court may seem just and proper.

DATED:      November 20___, 2014
            Albany, NY

                              Yours, etc.

                              Pairsys, Inc.

                              By: _____
                                    Uttam Saha, President

                                    _____
                                    Uttam Saha, Individually

                                    _____
                                    Tiya Bhattacharya, Individually

TO:    Federal Trade Commission
       Gideon E. Sinasohn, Esq.
       225 Peachtree Street, N.E., Suite 1500
       Atlanta, Georgia 30303
       gsinasohn@ftc.gov

# EXHIBIT  1

---------- Forwarded message ----------
From: **Microsoft** <Microsoft@e-mail.microsoft.com>
Date: 21 March 2012 12:21
Subject: Welcome to the Microsoft Partner Network
To: partner@pairsys.com



Visit the Microsoft Partner Network Portal

## **Microsoft** Partner Network™

Dear Microsoft Partner,

### Congratulations! We're excited to welcome you as a member of the Microsoft Partner Network.

You now have access to benefits that can help you strengthen your capabilities, better serve customers, and build connections to reach your full business potential.

Please note that your Microsoft Partner Network organization ID number is 3614247. You'll need this number to access your exclusive benefits on the Microsoft Partner Network Portal.

### Your next steps:

1. Access your core benefits.

2. Visit the My Membership portal page to:

   - Manage your account
   - Advertise your business
   - Read your newsletter

3. Consider other areas to engage in the network, including:

   - **Purchasing a subscription:** A high-value, cost-effective Microsoft Partner Network subscription provides solution providers, developers and web designers with access to software and development tools, training, market visibility, and support—all at a very low price. You'll reap the benefits of connecting with our Microsoft experts and peers to share best practices, develop your Microsoft business, and drive innovation.

   - **Earning a silver competency:** Microsoft silver competencies help your business demonstrate its expertise by aligning to your customers' needs and making certifications more recognizable to prospective customers. By achieving a Microsoft silver competency, you'll enjoy access to a range of robust benefits, including internal-use software, a Microsoft silver competency brand, training, partner advisory hours, and eligibility for deal-based support as well as tailored competency-specific benefits.

   - **Attaining a gold competency:** Partners with gold competencies will represent organizations (and associated individuals) that have demonstrated the highest, most consistent capability and commitment within a targeted business solution area. For those partners wishing to differentiate their business, gold competencies will reward this deep expertise and high commitment with benefits that significantly surpass the cost of qualification – including tailored, competency-specific benefits based on solutions offered, and core benefits such as channel incentives, eligibility for a Microsoft named contact who will support the creation of a business plan and help with sales efforts, a distinct Microsoft partner gold competency brand, increased support and greater visibility and connection to local Microsoft teams. Eligibility for deal registration and many channel incentives also require attainment of a gold competency. Gold competency partners receive the highest prioritization in Pinpoint marketplaces as well as additional benefits local Microsoft teams may provide.

To learn more about which membership opportunity is right for your business, visit the Microsoft Partner Portal.

Thank you for your partnership and support in delivering Microsoft technologies to our mutual customers.

You are receiving this informational e-mail as part of the services agreed to under your Microsoft Partner Network membership.

To update your profile and view your membership details sign in to the Microsoft Partner Network Portal and click on View your Membership Account.

© Microsoft Corporation. All rights reserved

One Microsoft Way
Redmond, WA, USA
98052

**Microsoft**

---------- Forwarded message ----------
From: **HP Contracts Compliance Support** <HPContractsComplianceSupport@hp.com>
Date: Thu, Mar 22  2012 at 12:50 PM
Subject: HP Partner Agreement - Approved - www.pairsys.com
To: "partner@pairsys.com" <partner@pairsys.com>
Cc: HP Contracts Compliance Support <HPContractsComplianceSupport@hp.com>, HP Central <HPcentral@hp.com>,
"Ballestero, Oscar" <oscar.ballestero.salmeron@hp.com>, "Mora, Brenda" <brenda.mora-villalobos@hp.com>


Uttam Saha
www.pairsys.com
1621 Central Ave
Albany  New York 12205
Dear Uttam,

Welcome to HP.

Your HP Partner application was approved on 03/22/2012

Your Location ID is 10220000.  Please retain this record of your Location ID [LID] as it is your company's unique identifier to
gain access to the HP Partner Portal, HP Pre-Sales Partner Support Center, and when working with our HP authorized
Distributors.

Attached to this email are:

- "*Getting Started Guide*" to help you get started on your partnering with HP.  This guide also provides
  instructions to create your credentials to obtain login to the HP Partner Portal.
- "U.S. Distributor Summary Matrix" which is a complete list of our HP Authorized Distribution Partners for your
  sourcing needs.  All Products must be purchased for resale purposes only from Distributors listed on this U.S.
  Distributor Summary Matrix.

As the originator of the HP Partner Agreement Review and Application Process, you are currently the only active contact,
Partner Portal Administrator (PPA) and/or officer for your authorization.

Please note:

If you require a legal name, DBA name or Ownership information update of your existing authorization you may contact the
Partner Record Updates team by sending an e-mail to bda-partnerrecordupdate@hp.com.

If you need to add additional contacts, address change, or any other information update of your existing authorization you
may contact the Profiling Record Updates team by sending an e-mail to profiling_recordupdate@hp.com. For additional
contacts please provide the contact name, email address, and what HP Role/Responsibility this contact should have [i.e.,
PPA, Officer  and Primary Contact]

For all other HP assistance, please contact our HP Pre-Sales Partner Support Center at (888) 629-6814 or
cscreseller@hp.com.  They are available to answer your questions from 5:00 a.m. (PT) to 5:00 p.m. (PT), Monday through
Friday.
Regards,

Luisana Mora
HP Global Business Services  /Ref OS, CONTACT A WEBSITE
CSSO PDA NA Contracts
User Fax - ELDIGSA  La Aurora Heredia Costa Rica
www.hp.com



From: **Anca Proca** <anca_proca@harte-hanks.be>
Date: 27 March 2012 03:50
Subject: LPP login details
To: "partner@pairsys.com" <partner@pairsys.com>


Hello Uttam ,

You are registered as a reseller partner under Pairsys Inc (US)  organization.
You can access  lenovo trainings by login with your credentials on the below link:

www.partners.lenovo.com

Username: partner@pairsys.com

If you want to know your password please access the above site and under login details click on Resend
Password.

We are happy to be of service, thank you for contacting us.
Please don't hesitate to contact us if you need further support.

Best regards,

Anca Proca
Lenovo Partner Support

From: <acer_connect_us@acer.com>
Date: 21 March 2012 14:26
Subject: Welcome to Acer Connect - Our Reseller Community
To: partner@pairsys.com

Dear  Uttam Saha,

Acer is pleased to welcome you to the Acer Connect partner portal. To access Acer Connect, please go to http://connect.acer-euro.com and click on United States. Enter your user name and password below to enter the site. <BR>
<BR>
<STRONG>US VAR Support Sales Contacts</STRONG> <BR>
<BR>
Northeast Region<BR>
Tavey Daley <BR>
<A class=ContentLink href="mailto:tavey_daley@acer.com">tavey_daley@acer.com</A> <BR>
<BR>
Eastern Region<BR>
Carlos Siqueiros <BR>
<A class=ContentLink href="mailto:carlos_siqueiros@acer.com">carlos_siqueiros@acer.com</A> <BR>
<BR>
Western &amp; Central Regions <BR>
Gordon Rosenberg <BR>
<A class=ContentLink href="mailto:gordon_rosenberg@acer.com ">gordon_rosenberg@acer.com </A><BR>
<BR>
Log on to Acer Connect for a wide range of product and marketing materials. Some of the items you will be able to access are: <BR>
- Price Lists <BR>
- Product Support Material (data sheets, flash demos) <BR>
- Current Weekly Promotions <BR>
- Marketing Support Materials (ie. logos and their guidelines)

**http://connect.acer-euro.com**
**User Name: partner@pairsys.com**
**Password: ACER3VI6HH**

**Acer Connect System**

From: <partnerus@symantec.com>
Date: Fri, Mar 23, 2012 at 2:35 PM
Subject: Symantec Partner Program: Activate Your Membership
To: partner@pairsys.com


Dear Mr. Saha,

Welcome to the Symantec Partner Program. As a member of the program you have access to
promotions, tools and resources designed to help grow your business and increase your profitability.

Activate Your Partner Program Membership

To access your benefits and program resources, please take a moment to activate your Symantec
Partner Program Membership by logging in to PartnerNet (https://partnernet.symantec.com) to accept
your contract. Once logged in, take some time to browse PartnerNet, your online partner portal, where
you will find the tools and resources of the partner program including:

• Complimentary Software Benefits
• Online Training & Assessments
• Product Information
• Sales and Marketing Tools
• Licensing tools
• Service and Support Information
• Promotions

Your PartnerNet Login Information:

Username: partner@pairsys.com

Password: FL*329wA

Get The Most From Your Symantec Partner Program Membership.Ensure you receive your monthly
Partner Newsletter, which includes news and exclusive partner offers, by updating your contact
information. Log in to PartnerNet and go to "Manage Account" and click on the "My Details" link to opt in
to communications.

As a new member of the program, we also invite you to learn more about PartnerNet by taking the
PartnerNet Tour located in the Your Partner Program Section of PartnerNet.

We hope you enjoy the many benefits of joining the Symantec Partner Program.If you have any
questions, please contact us at partnerus@symantec.com

Best regards,

The Symantec Partner Program Team

Please do not reply to this auto-answer message. If you have any questions, please contact us
at partnerus@symantec.com

From: <Murali_Praveen@mcafee.com>
Date: Tue, Apr 17, 2012 at 2:25 PM
Subject: Welcome to Insight : Pairsys Inc
To: PARTNER@pairsys.com
Cc: Tyler_Murphy@mcafee.com

Welcome to the McAfee SecurityAlliance!

We are committed to supporting our partners with the tools and resources that have been specifically designed and developed to aid in your success.  Our partner portal Insight gives you access to a wealth of McAfee resources to help drive sales and manage customer relationships. Please access the partner portal at:  www.mcafee.com/partners

Here are your user credentials (Please change your password upon initial log in)

USER NAME: **PARTNER@PAIRSYS.COM**

PASSWORD: Partner@2012

The Insight portal is a central resource for the McAfee SecurityAlliance Program.  With access you can:

► View and manage your McAfee renewal opportunities, delivered confidentially to you up to six months in advance.

► Enroll in training & certification for McAfee products. Track your certifications online.

► Register your new business opportunities and earn exclusive margin enhancement on approved requests.

► Participate in McAfee Rewards. Even more incentive to sell McAfee products

● **Introducing the McAfee SMB Specialization and the PARC** ●

Access SMB-specific sales tools, profitability programs, and marketing material As a member of the McAfee SecurityAlliance Partner Program you are now eligible to enroll in the SMB Specialization program. The SMB Specialization allows you to take advantage of a full range of enablement tools, turnkey marketing programs, and exclusive profitability programs. Enrollment is simple! An email with enrollment instructions will be sent to you within the next 72 hours. For more information about the SMB Specialization please go to www.mcafeepartners.com/PARC. We are glad to have you as a member of the McAfee SecurityAlliance. If you have any questions, please reach out to your Channel Account Manager or contact the McAfee Partner Care Team at reseller_support@mcafee.com or 1-888-511-8301 option 4.

Thank you for your commitment to McAfee.

Good Selling,

Fernando Quintero

Vice President – Channel Sales - Americas

From: **CA Technologies Partner Portal** <PortalRegistration@ca.com>
Date: 21 March 2012 13:47
Subject: Portal Application Approved
To: partner@pairsys.com



# CA Partner Program Application

The CA Partner Program
Better Results. Together.



Welcome to the CA Data Management Partner Program. Explore the CA Partner Portal to find out how we can achieve better results together.

As a member of the CA Data Management Partner Program you gain access to:

- No Charge Online Technical Training
- No Charge On-line Sales Training
- Sales Incentives
- Online Marketing and Sales Tools
- Financial Incentives
- CA Partner Portal and Much More...

**Get started Today!**

**Please Note:** One of the many benefits of CA Partner Program is access to the Partner Portal. This requires a simple registration. Please click here to gain access to the Partner Portal. Please ensure that the information you enter is identical to your Partner Program application.

Please email CA with any questions at partnerprogram@ca.com

Contact Us   |   Privacy   |   Legal                                                          Copyright © 2008 CA

# CERTIFICATE

AVG Technologies USA, Inc.



Grants the status of

# AVG AUTHORIZED RESELLER

To:

## **Pairsys Inc**

AVG Authorized Reseller status entitles the above mentioned firm to supply AVG security software products to its customers with all the rights and duties stated in the Copyright and Reseller Agreement



AVG Authorized Reseller is hereby granted the use of the „AVG Authorized Reseller" logo and other marketing support materials.



J. R. Smith, CEO, AVG Technologies

valid until Mar 21, 2013

United States of America

From: <reseller@avast.com>
Date: Fri, Mar 30, 2012 at 10:52 AM
Subject: AVAST Software B2B System
To: partner@pairsys.com

Hello Uttam Saha,

Thank you very much for sending us the signed International Reseller Agreement.

The process now is as follows:

1. We will set up the B2B purchasing system.  Please be aware that you need to activate your B2B account before placing the first order for your customer. The detailed instructions are provided in the following log-in e-mail.

2. We would recommend that you read the resellers' FAQ - where, hopefully, you will find the answers to any questions that you might have in the future.

FAQs: http://public.avast.com/webex/FAQs/B2B/FAQs_for_Resellers.pdf

3. Contact emails:
• reseller@avast.com - B2B system related questions; Marketing Funds; purchasing/cancelling/merge of orders; conditions of cooperation, payments; Promotional merchandise; agreements, etc.
• business-sales@avast.com - price quotes, sales related questions, suggestion of avast! products, etc.
• reseller-support@avast.com - technical queries related to avast! products.
• virus@avast.com - new viruses, samples, false positive.

4. We would like to ask you to specify your reseller ID in the subject of all emails sent to AVAST. This will ensure that your e-mails will be prioritized and dealt with by the right person.

Your reseller ID is: 2721. Please use your official company e-mail address for our correspondence to simplify communication.

We look forward to doing business with you.

Best regards,

Reseller admin Team
AVAST Software a.s.
Trianon office building
Budejovicka 1518/13a
Praha 4, 140 00
Czech republic
phone: +420 274 005 666
fax: +420 274 005 888
E-mail: reseller@avast.com
Web: http://www.avast.com

From: **Acrbo.com** <dan@acrbo.com>
Date: Fri, Mar 23, 2012 at 6:15 PM
Subject: Account Details for Uttam Saha at Association of Computer Repair Business Owners
To: partner@pairsys.com

Hello Uttam Saha,

Thank you for registering at Association of Computer Repair Business Owners. Your account is created and must be activated before you can log in.
To activate the account, click on the following link or copy-&-paste it in your browser:
http://www.acrbo.com/index.php?option=com_user&task=activate&activation=a39f42b0eb6a834d379c75 8297e60f16

After activation you may login to http://www.acrbo.com/ using your username and password.

From: **Nationwide Computer Techs** <dan@nationwidecomputertechs.net>
Date: 23 March 2012 19:22
Subject: Your registration at Nationwide Computer Techs
To: partner@pairsys.com

Dear pairsys,

Thank you for your registration at Nationwide Computer Techs. Your login details are as follows:

Username: pairsys
Password: dbdc58628c98c1977e11085dfbe4a0e0

Nationwide Computer Techs
http://nationwidecomputertechs.net/

# EXHIBIT  2



Blog · BBB Locator · Contact · Español · Business Login · News & Events

· Albany, Buffalo, Rochester & Syracuse regions



GET TO KNOW US · GET INVOLVED · GET CONSUMER HELP · PROGRAMS & SERVICES · FOR BUSINESSES

Home > Business Directory > Internet Service > Pairsys Inc

- Select Language -

## BBB Business Review

Text Size

Overview    Complaints    Customer Reviews

### CUSTOMER REVIEWS

THIS BUSINESS IS NOT BBB ACCREDITED

**Pairsys Inc**

(518) 753-5300

 Share    Print

The customer review(s) below are un-filtered. These positive and negative reviews are not used in the calculation of the BBB Rating. If you wish to file a complaint and request action please click here. This customer review section is not BBB's complaint resolution system. Customer Reviews are the subjective opinion of the individual who posted the review and not of Better Business Bureau. A customer review is not posted on a business if a BBB complaint on the same issue(s) is also filed. BBB cannot guarantee the accuracy of any customer review and is not responsible for the content of any customer review. Public comments are not customer reviews.

## Customer Reviews Summary

### 91 Customer Reviews on Pairsys Inc

Positive Experience (91 reviews)

Neutral Experience (0 reviews)

Negative Experience (0 reviews)

Submit a Customer Review | Read Tips on Customer Reviews on Pairsys Inc.



Customer Experience

Customer(s) will Recommend this Business



### QUICK LINKS

What is a BBB Business Review?

BBB Reporting Policy

About Enhanced Services

File a Complaint against Pairsys Inc

Industry Tips

Accredited Business Directory

### CUSTOMER REVIEWS

Read Customer Reviews

Submit a Customer Review

Get Tips on Customer Reviews for Pairsys Inc

### ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

### FEEDBACK

#### RECOMMEND

Would you recommend this review to others?

Please Select:

#### SHARE WITH US

To better assist you, please take our short survey about the format / readability of this review so that we may continually improve your experience.

#### CONTACT US

Email us at

with your questions, suggestions, and concerns



BBB Directory · Sitemap · Council of Better Business Bureaus · Contact
Terms of Use · Trademarks · Privacy Policy · Client Directory
© 2014 BBB of Upstate New York



Stop · BBB Locator · Contact · Español · Business Login · News & Events

**BBB**   · Albany, Buffalo, Rochester & Syracuse regions

GET TO KNOW US · GET INVOLVED · GET CONSUMER HELP · PROGRAMS & SERVICES · FOR BUSINESSES

Select Language ▾

## BBB Business Review

Text Size

Overview   Complaints   Customer Reviews

### CUSTOMER REVIEWS

THIS BUSINESS IS NOT BBB ACCREDITED

Pairsys Inc

(518) 753-6300

The customer reviews below are unfiltered. These positive and negative reviews are not used in the calculation of the BBB Rating. If you wish this information is provided and maintained by a volunteer by the local please click here. This customer review section is not BBB's complaint resolution system. Customer Reviews are the subjective opinion of the individual who posted the review and not of Better Business Bureau. A customer review is not posted on a business if a BBB complaint on the same issue(s) is also filed. BBB cannot guarantee the accuracy of any customer review and is not responsible for the content of any customer review. Public comments are not customer reviews.

### Customer Reviews Summary

#### 91 Customer Reviews on Pairsys Inc

Positive Reviews: 89 (98%)

Excellent Service
This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Mary F. on 9/22/2014

Was this review helpful to you?

Excellent service
This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Janette L. on 9-21-2014

Was this review helpful to you?

excellent service!!
This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Julie V. on 9/13/2014

Was this review helpful to you?

Excellent Service
This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Jan G. on 9/10/2014

Was this review helpful to you?

Excellent
This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Nancy g. on 9/10/2014

Was this review helpful to you?

1 2 3 4 5 6 7 8 9 10 ... 19

## QUICK LINKS

What is a BBB Business Review?
BBB Reporting Policy
About this Business
How to Obtain a Business Review
Industry Tips
Accredited Business Directory

## CUSTOMER REVIEWS

Post Your Review
Submit a Customer Review
You Selected a customer review on Pairsys Inc

## ASSOCIATED SEARCHES

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:

### SHARE WITH US

To better assist you, please take our brief form about the factors of readability of the review so that we may continually improve your experience.

### CONTACT US

Email us at with your questions, suggestions, and concerns.

Customer Experience

Customer(s) will Recommend this Business

BBB · Albany, Buffalo, Rochester & Syracuse regions

Customer Reviews Summary

**91 Customer Reviews on Palisys Inc**

A great Experience you received!

**ASSOCIATED SEARCHES**

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

**FEEDBACK**

**RECOMMEND**

Would you recommend this review to others?

Please Select: [ ] Yes [ ] No

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

E-mail us at reviewupdates@us.bbb.org with your questions, suggestions, and concerns.

---

9/22/2014   **Excellent Service**

This customer has a POSITIVE experience with this business.

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Mary F. on 9/22/2014   Submit a customer Review

Was this review helpful to you? [ ] Yes [ ] No

---

9/21/2014   **Excellent service**

This customer has a POSITIVE experience with this business.

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Janette L. on 9/21/2014   Submit a customer Review

Was this review helpful to you? [ ] Yes [ ] No

---

9/18/2014   **excellent service!!**

This customer has a POSITIVE experience with this business.

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Julie V. on 9/18/2014   Submit a customer Review

Was this review helpful to you? [ ] Yes [ ] No

---

9/18/2014   **Excellent Service**

This customer has a POSITIVE experience with this business.

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Jen G. on 9/18/2014   Submit a customer Review

Was this review helpful to you? [ ] Yes [ ] No

---

9/18/2014   **Excellent**

This customer has a POSITIVE experience with this business.

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by nancy g. on 9/18/2014   Submit a customer Review

Was this review helpful to you? [ ] Yes [ ] No

1 2 3 4 5 Next Previous

Customer Reviews Summary

## 91 Customer Reviews on Paisys Inc

Positive Experience (91 reviews)

9/17/2014   excellent

This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family, member, neighbor or colleague

by Eric T. on 9/17/2014   Paisys Customer Review

Was this review helpful to you?   Yes   No

9/17/2014   Excellent

This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family, member, neighbor or colleague

by Mary E. on 9/17/2014   Paisys Customer Review

Was this review helpful to you?   Yes   No

9/17/2014   AI WAS PHENOMENAL. HE HAS A CLEAR CUT UNDERSTANDING OF WHAT I
NEEDED AND HE RESOLVED ALL MY ISSUES. GREAT WORKING WITH HIM

This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family, member, neighbor or colleague

by SIDNEY B. on 9/16/2014   Paisys Customer Review

Was this review helpful to you?   Yes   No

9/15/2014   excellent service

This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family, member, neighbor or colleague

by Crystal M. on 9/15/2014   Paisys Customer Review

Was this review helpful to you?   Yes   No

9/16/2014   Outstanding Service

This customer has a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family, member, neighbor or colleague

by Fresha H. on 9/15/2014   Paisys Customer Review

Was this review helpful to you?   Yes   No

1 2 3 4 5 6 7 8 9 10 ... 19

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering
similar services

Find more businesses offering similar
services

## FEEDBACK

## RECOMMEND

Would you recommend this review to
others?

Please Select:   Yes   No

## SHARE WITH US

To better assist you, please take our brief
survey about the format / readability of this
review so that we may continually improve
your experience

## CONTACT US

Email us at
customer_relations@bbb.com with your
questions, suggestions, and concerns

## Customer Reviews Summary

**91 Customer Reviews on Pairsys Inc**

Positive Experience (89 reviews)

9/13/2014 Excellent Service

This customer had a POSITIVE experience with this business.
This customer WOULD recommend the business to a friend, family member, neighbor or colleague.

by BERNADETTE P. on 9/13/2014 | Submit a Customer Review

**Was this review helpful to you?** Yes No

9/12/2014 As I said earlier, I value your service very highly. I have great confidence that you are helping me with my computer in ways that I would not be able to do myself.

This customer had a POSITIVE experience with this business.
This customer WOULD recommend the business to a friend, family member, neighbor or colleague.

by dorothy d. on 9/12/2014 | Submit a Customer Review

**Was this review helpful to you?** Yes No

9/11/2014 I had a great experience working with the technician who helped me

This customer had a POSITIVE experience with this business.
This customer WOULD recommend the business to a friend, family member, neighbor or colleague.

by shelley b. on 9/11/2014 | Submit a Customer Review

**Was this review helpful to you?** Yes No

9/11/2014 always do good job for me

This customer had a POSITIVE experience with this business.
This customer WOULD recommend the business to a friend, family member, neighbor or colleague.

by Johny M. on 9/11/2014 | Submit a Customer Review

**Was this review helpful to you?** Yes No

9/11/2014 Sam was very helpful. I am really pleased with the service that I received from him. Thank you so much

This customer had a POSITIVE experience with this business.
This customer WOULD recommend the business to a friend, family member, neighbor or colleague.

by Margaret L. on 9/11/2014 | Submit a Customer Review

**Was this review helpful to you?** Yes No

1 2 **3** 4 5 6 7 8 9 10 ... 18

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

**Please Select:** Yes No

### SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

### CONTACT US

Email us at geninquiries@upstateny.bbb.org with your questions, suggestions, and concerns.

Customer Reviews Summary

## 91 Customer Reviews on Parasys Inc

Positive Customer Reviews (89 reviews)

**9/10/2014**

Excellent service

This customer has a POSITIVE experience with this business
by Marilyn S. on 9/10/2014. Submit a Customer Review

Was this review helpful to you? Yes / No

**9/9/2014**

Good service

This customer has a POSITIVE experience with this business
by Patria J. on 9/9/2014. Submit a Customer Review

Was this review helpful to you? Yes / No

**9/9/2014**

I certainly would recommend this company, to anyone who needs their computer fixed. My review of the people employed here was a great experience.

This customer has a POSITIVE experience with this business
by Renee L. on 9/9/2014. Submit a Customer Review

Was this review helpful to you? Yes / No

**9/9/2014**

Very Thorough

This customer has a POSITIVE experience with this business
by Julie C. on 9/9/2014. Submit a Customer Review

Was this review helpful to you? Yes / No

**9/9/2014**

It was a great experience working with Prasun. He does great work

This customer has a POSITIVE experience with this business
by Margo H. on 9/9/2014. Submit a Customer Review

Was this review helpful to you? Yes / No

1 2 3 **4** 5 6 7 8 9 10 ... 19

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select: Yes / No

### SHARE WITH US

To better assist you, please take our short survey, about the format / readability of this review so that we may continually improve your experience

### CONTACT US

Email us at

communities@cu.bbb.org, etc. with your questions, suggestions, and concerns

# Customer Reviews Summary

## 91 Customer Reviews on Palisys Inc

Positive Experience (91) of 91 reviews

**9/8/2014**

**The man was great**

This customer has a POSITIVE experience with this current business. This customer WOULD recommend this business to a friend, family, member, neighbor or colleague.

by Harrison S. on 9/8/2014

Was this review helpful to you? 

**9/8/2014**

**Excellent**

This customer has a POSITIVE experience with this current business. This customer WOULD recommend this business to a friend, family, member, neighbor or colleague.

by Barbara G. on 9/8/2014

Was this review helpful to you?

**9/8/2014**

**the issue was resolved and everything was explained properly**

This customer has a POSITIVE experience with this current business. This customer WOULD recommend this business to a friend, family, member, neighbor or colleague.

by James C. on 9/8/2014

Was this review helpful to you?

**9/8/2014**

**I called about a problem that I created you guy got me up and running thank you**

This customer has a POSITIVE experience with this current business. This customer WOULD recommend this business to a friend, family, member, neighbor or colleague.

by Mark t. on 9/8/2014

Was this review helpful to you?

**9/8/2014**

**the technicians I worked with are very knowledgable and courteous**

This customer has a POSITIVE experience with this current business. This customer WOULD recommend this business to a friend, family, member, neighbor or colleague.

by Paris C. on 9/8/2014

Was this review helpful to you?

1 2 3 4 **5** 6 7 8 9 10   10

---

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

## RECOMMEND

Would you recommend this review to others?

Please Select: 

## SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

## CONTACT US

Email us at

and share your questions, suggestions, and concerns



## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select: [ ] Yes  [ ] No

### SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

### CONTACT US

Email us at

questions, suggestions and concerns

---

## Customer Reviews Summary

### 91 Customer Reviews on Pelisys Inc

Please Experience (91 reviews)

9/7/2014    **Excellent**

This customer has a POSITIVE experience with this business

by Anthony E. on 9/7/2014

Was this review helpful to you? [ ] Yes [ ] No

9/7/2014    **Excellent Service, helpful**

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by barbara e. on 9/7/2014

Was this review helpful to you? [ ] Yes [ ] No

9/7/2014    **Excellent**

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by William R. on 9/7/2014

Was this review helpful to you? [ ] Yes [ ] No

9/7/2014    **Excellent**

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Frazue Mathis on 9/7/2014

Was this review helpful to you? [ ] Yes [ ] No

9/6/2014    **I was very satisfied and impressed of the all the technicians knowledge of the**

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Doris A Paquette on 9/6/2014

Was this review helpful to you? [ ] Yes [ ] No

 6 7 8 9 10 11

Customer Reviews Summary

## 91 Customer Reviews on Palisys Inc

Positive Experience (89 reviews)

9/6/2014  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Dawn T Serving on 9/6/2014

Was this review helpful to you?  Yes  No

9/6/2014  Very Good Service

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Carmen S. on 9/6/2014

Was this review helpful to you?  Yes  No

9/6/2014  ***** was very helpful this afternoon and corrected the problems with my computer. He answered all my questions to help me understand what had happened with my computer and how my facebook account was hacked. I will recommend your services to my friends and family.

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Sheila w. on 9/6/2014

Was this review helpful to you?  Yes  No

9/6/2014  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Angie C. on 9/6/2014

Was this review helpful to you?  Yes  No

9/6/2014  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Wanda G. on 9/6/2014

Was this review helpful to you?  Yes  No

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

## FEEDBACK

## RECOMMEND

Would you recommend this review to others?

Please Select:  Yes  No

## SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

## CONTACT US

Email us at

geninquiries@upstateny.bbb.org with your questions, suggestions, and concerns

Customer Reviews Summary

## 91 Customer Reviews on Palrsys Inc

Positive Experience (91 reviews)



9/5/2014   Excellent

This customer has a POSITIVE experience with this business
This customer WOULD recommend the business to a friend, family, member, neighbor or colleague
by Olive D. on 9/5/2014   Business Customer Review

Was this review helpful to you?   
7 people found this review helpful

9/4/2014   Excellent

This customer has a POSITIVE experience with this business
This customer WOULD recommend the business to a friend, family, member, neighbor or colleague
by Myriah J. on 9/4/2014   Business Customer Review

Was this review helpful to you?
7 people found this review helpful

I am most happy with the help I received from all the techs and only wish I had called earlier. you all made my day.

This customer has a POSITIVE experience with this business
This customer WOULD recommend the business to a friend, family, member, neighbor or colleague
by kay s. on 9/4/2014   Business Customer Review

Was this review helpful to you?
2 people found this review helpful

9/4/2014   problem was solved in a comprehensive manner

This customer has a POSITIVE experience with this business
This customer WOULD recommend the business to a friend, family, member, neighbor or colleague
by David C. on 9/4/2014   Business Customer Review

Was this review helpful to you?
3 people found this review helpful

9/4/2014   the service was great and the technician was very helpful !!!!

This customer has a POSITIVE experience with this business
This customer WOULD recommend the business to a friend, family, member, neighbor or colleague
by Christopher K. on 9/4/2014   Business Customer Review

Was this review helpful to you?


1 5 6 7 8 9 10 11 12 13   19

---

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

### FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:   Yes   No

### SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

### CONTACT US

Email us at
genrequiries@us.kewego.com
with your questions, suggestions, and concerns.

Customer Reviews Summary

## 91 Customer Reviews on Pallsys Inc

Positive Experience (90 reviews)

**6/4/2014**   My problem was handled efficiently, with great patience

This customer has a POSITIVE experience with this business

by Betty K. on 9/4/2014   Submit a Customer Review

Was this review helpful to you?   Yes   No

**9/4/2014**   Partha did outstanding job thank you  But the background noise is very bad

This customer has a POSITIVE experience with this business

by Lorenzo L. on 9/4/2014   Submit a Customer Review

Was this review helpful to you?   Yes   No

**9/3/2014**   you guys helped me a great deal from day one keep up the good work you are 24/7
who is better than you

This customer has a POSITIVE experience with this business

by salvatore g. on 9/3/2014   Submit a Customer Review

Was this review helpful to you?   Yes   No

**9/3/2014**   The Help Was Great

This customer has a POSITIVE experience with this business

by Susan M. on 9/3/2014   Submit a Customer Review

Was this review helpful to you?   Yes   No

**9/3/2014**   Received the best service possible  Tech was very helpful and kind

This customer has a POSITIVE experience with this business

by STEPHENIA D. on 9/3/2014   Submit a Customer Review

Was this review helpful to you?   Yes   No

1 ... 7 8 9 10 11 12 13 ... 18

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:   Yes   No

### SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience

### CONTACT US

Email us at
galinquiries@upstateny.bbb.org with your questions, suggestions, and concerns

Customer Reviews Summary

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

**91 Customer Reviews on Pairsys Inc.**

Positive Experience (89 reviews)

## FEEDBACK

9/3/2014  Prosun from Pairsys was very helpful and resolved my problem of connecting with my Samsung Note 2 phone

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Randall A. on 9/3/2014 Buyer a Customer Review

### RECOMMEND

Would you recommend this review to others?

Was this review helpful to you?  yes   no

9/3/2014  Service performed in a professional manner

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Charles S. on 9/3/2014 Submit a Customer Review

### SHARE WITH US

Please Select:   Yes   No

Was this review helpful to you?   no

9/2/2014  Personnel was very helpful to me. Would recommend them to others that is having problems with their computers or devices

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Elaine T. on 9/2/2014 Submit a Customer Review

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience

Was this review helpful to you?   no

9/2/2014  Quick diagnostic and quick help. I am very satisfied with the help and support

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Gary B. on 9/1/2014 Submit a Customer Review

### CONTACT US

E-mail us at

getinquiries@pairsisfromdcbc.org with your questions, suggestions, and concerns

Was this review helpful to you?   no

9/1/2014  Prasun was extremely helpful in diagnosing and repairing thge issues in my computer I will definately recommend him to others

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Vernon L. on 9/1/2014 Submit a Customer Review

Was this review helpful to you?   no

1 2 3 4 5 6 7 8 9 **10** 11 12 13 14 15   18

Customer Reviews Summary

## 91 Customer Reviews on Palisys Inc

Positive Experience (89 reviews)

9/1/2014 — the service was very excellent the problem was resolved
This customer had a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Patricia D. on 9/1/2014

Was this review helpful to you?    Yes    No

8/1/2014 — Excellent
This customer had a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Lea P. on 9/1/2014

Was this review helpful to you?    Yes    No

8/31/2014 — great!
This customer had a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Billy P. on 8/31/2014

Was this review helpful to you?    Yes    No

8/31/2014 — excellent
This customer had a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Justina B. on 8/31/2014

Was this review helpful to you?    Yes    No

8/31/2014 — Excellent
This customer had a POSITIVE experience with this business
This customer WOULD recommend this business to a friend, family member, neighbor or colleague
by Sara G. on 8/31/2014

Was this review helpful to you?    Yes    No

1 2 3 4 5 6 7 8 9 10 **11** 12 13 14 15 16 ... 18

---

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:    Yes    No

### SHARE WITH US

To better assist you please take our brief survey about the format / readability of this review so that we may continually improve your experience

### CONTACT US

Email us at
continuous@ussafetybbb.org with your questions, suggestions and concerns

Customer Reviews Summary

## 91 Customer Reviews on Pairsys Inc.



Product 1 - Independent (81) (Franchise)

**9/30/2014**

We had several problems when we started out but everything seems to be working great now.

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family, member, neighbor or colleague

by Ken & Betty W. on 9/30/2014 | During their last Review

Was this review helpful to you?  

**8/29/2014**

Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family, member, neighbor or colleague

by Uzma J. on 8/29/2014 | Submit a Customer Review

Was this review helpful to you?  

**8/29/2014**

This company has literally saved my life and my computer. I am beyond grateful to all the highly trained technicians who have been very kind and patient. I would recommend this company to everyone !

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family, member, neighbor or colleague

by Sabrina P. on 8/29/2014 | Submit a Customer Review

Was this review helpful to you?  

**8/27/2014**

I am very pleased with the process of fixing my computer

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family, member, neighbor or colleague

by Peggy Edwards, on 8/27/2014 | Submit a Customer Review

Was this review helpful to you?  

**8/27/2014**

I am very happy with the excellent service of Pairsys. I will use the service again. Thank you

This customer has a POSITIVE experience with this business

This customer WOULD recommend the business to a friend, family, member, neighbor or colleague

by Martha C. on 8/27/2014 | Submit a Customer Review

Was this review helpful to you?  

« 9 10 11 **12** 13 14 15 16 17 »

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

## RECOMMEND

Would you recommend this review to others?

Please Select: ☐ Yes ☐ No

## SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience

## CONTACT US

Email us at

getinquiries@bbbalbany.org to talk with your questions, suggestions, and concerns

Customer Reviews Summary

## 91 Customer Reviews on Pairsys Inc

Most Recent Experience and Positive (91)

**8/27/2014**

I am well please with the service and keep doing the good job you are doing. Thanks
*This customer WOULD recommend this business to a friend, family member, neighbor or colleague.*
by Lynda P. on 8/27/2014

Was this review helpful to you?

**8/26/2014**

All the issues that I called for has been resolved very quickly. The technicians are very effective and efficient. I recommend Pairsys to all.
*This customer WOULD recommend this business to a friend, family member, neighbor or colleague.*
by David C. on 8/26/2014

Was this review helpful to you?

**8/26/2014**

**** was very Helpful and help me resolve the issues That have been bothering my computer for a while. I would definitely use this service again
*This customer WOULD recommend this business to a friend, family member, neighbor or colleague.*
by Camille C. on 8/26/2014

Was this review helpful to you?

**8/26/2014**

Today, August 26 I contacted Tech support and spoke to ***** He was very patient and courteous as I explained my computers situation. It would automatically shut down and reboot itself every 40-45 minutes and it would freeze as well at times. He was extremely helpful at resolving the problem and I am very satisfied with his attentiveness and understanding your company has excellent Tech support and I will be using your services in the future when I purchase a newer computer. Thank you very Much ****
*This customer WOULD recommend this business to a friend, family member, neighbor or colleague.*
by LILI O. on 8/26/2014

Was this review helpful to you?

**8/25/2014**

The service was very fast and through. The Tech were very good at explaining what they were doing. Great Service and techs.
*This customer WOULD recommend this business to a friend, family member, neighbor or colleague.*
by Terrance R. on 8/25/2014

Was this review helpful to you?

13

## ASSOCIATED SEARCHES


---

## FEEDBACK

## RECOMMEND
Would you recommend this review to others?
Please Select:

## SHARE WITH US
To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience

## CONTACT US
Email us at

Customer Reviews Summary

**91 Customer Reviews on Palisys Inc**

Positive Experience (84 reviews)

6/25/2014

Did a great job. Answered all questions and fixed the problem.

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Matt D. on 8/26/2014 · Submit a Customer Review

Was this review helpful to you?  ☐ Yes  ☐ No

6/25/2014

Great technicians, great service

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by James H. on 8/25/2014 · Submit a Customer Review

Was this review helpful to you?  ☐ Yes  ☐ No

6/25/2014

Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Johnny S. on 8/25/2014 · Submit a Customer Review

Was this review helpful to you?  ☐ Yes  ☐ No

6/27/2014

Loved working with you guys

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Herschel S. on 8/25/2014 · Submit a Customer Review

Was this review helpful to you?  ☐ Yes  ☐ No

6/25/2014

Excellent Service !!!

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Maria H. on 8/25/2014 · Submit a Customer Review

Was this review helpful to you?  ☐ Yes  ☐ No

10 11 12 13 **14** 15 16 17 18

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

## RECOMMEND

Would you recommend this review to others?

Please Select:  ☐ Yes  ☐ No

## SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

## CONTACT US

Email us at

[email address] with your questions, suggestions and concerns

Customer Reviews Summary

## 91 Customer Reviews on Parisys Inc

Post a Experience (Add reviews)

8/26/2014    you are courteous and you completed what you said you are going to do and you were very patient with me

This customer has a POSITIVE experience with this business
by Gladys G. on 8/26/2014 Submit a Customer Survey
This customer WOULD recommend this business to a friend, family member, neighbor or colleague

Was this review helpful to you?    

8/25/2014    Excellent

This customer has a POSITIVE experience with this business
by Susan H. on 8/25/2014 Submit a Customer Survey
This customer WOULD recommend this business to a friend, family member, neighbor or colleague

Was this review helpful to you?

8/24/2014    Excellent service

This customer has a POSITIVE experience with this business
by greg S. on 8/24/2014 Submit a Customer Survey
This customer WOULD recommend this business to a friend, family member, neighbor or colleague

Was this review helpful to you?

8/24/2014    good service

This customer has a POSITIVE experience with this business
by Melba C. on 8/24/2014 Submit a Customer Survey
This customer WOULD recommend this business to a friend, family member, neighbor or colleague

Was this review helpful to you?

8/23/2014    Thank you for your help

This customer has a POSITIVE experience with this business
by Charles N. on 8/23/2014 Submit a Customer Survey
This customer WOULD recommend this business to a friend, family member, neighbor or colleague

Was this review helpful to you?

11 12 13 14 **15** 16 17 18

---

# ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

## RECOMMEND

Would you recommend this review to others?

Please Select:   Yes   No

## SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience

## CONTACT US

Email us at tohblubyres@customerlynos.org with your questions, suggestions and concerns

Customer Reviews Summary

## 91 Customer Reviews on Palisys Inc

Positive Experience (90 reviews)

**8/24/2014**  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Harliquin M. on 8/24/2014 | Burnate Customer Review

Was this review helpful to you?   🖒 Yes   🖓 No

**8/24/2014**  feel very comfortable with these professionals always doing a great job to help

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Linda M. on 8/24/2014 | Burnate Customer Review

Was this review helpful to you?   🖒 Yes   🖓 No

**8/24/2014**  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Mary S. on 8/24/2014 | Burnate Customer Review

Was this review helpful to you?   🖒 Yes   🖓 No

**8/24/2014**  Overall Feedback, ***** helped me and he was very helpful and patient. I highly recommend him  he has wonderful customer service skills. I thank him very much for helping me fix my laptop

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Denise E. on 8/24/2014 | Burnate Customer Review

Was this review helpful to you?   🖒 Yes   🖓 No

**8/24/2014**  Excellent

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Victor R. on 8/24/2014 | Burnate Customer Review

Was this review helpful to you?   🖒 Yes   🖓 No

1 ... 12 13 14 15 **16** 17 18

# ASSOCIATED SEARCHES

Find BBB accredited Businesses offering similar services

Find more businesses offering similar services

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:   🖒 Yes   🖓 No

### SHARE WITH US

To better assist you  please take our short survey about the format / readability of this review so that we may continually improve your experience

## CONTACT US

Email us at

servicereview@usaterrisys.com  with your questions  suggestions  and concerns

Customer Reviews Summary

## 91 Customer Reviews on Parisys Inc

Product Experience Satisfaction

8/24/2014

**Excellent !!!**

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Jimmy A. on 8/24/2014

Was this review helpful to you?

8/24/2014

**Excellent !!!**

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by phyllis y. on 8/24/2014

Was this review helpful to you?

8/24/2014

**Excellent !!!**

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Robert H. on 8/24/2014

Was this review helpful to you?

8/22/2014

**The issues are resolved**

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Kathy L. on 8/22/2014

Was this review helpful to you?

7/28/2014

The antivirus software that I had downloaded had expired and whenever I went to update it showed error even with fast internet connection I called Parisys.com service centre and they helped me with the process of updating it properly. According to me Parisys.com provides the best of services.

This customer WOULD recommend the business to a friend, family member, neighbor or colleague

by Martin L. on 7/28/2014

Was this review helpful to you?

1   13 14 15 16 **17** 18

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:

### SHARE WITH US

To better assist you, please take our short survey about the format / readability of this review so that we may continually improve your experience

### CONTACT US

Email us at

questions, suggestions, and concerns

## Customer Reviews Summary

### 91 Customer Reviews on Pairsys Inc

Positive Experience (89 reviews)

**7/16/2014**

I had antivirus software installed in my computer but still my computer was infected with virus and it became very slow. I was not being able to work on it properly. Luckily I got a call from the service centre of Pairsys.com. The person on that side heard my problem carefully and patiently explained me what to do. I followed his instructions properly and now the antivirus is working properly. Thanks to Pairsys.com

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Jack H. on 7/16/2014

Was this review helpful to you?  Yes  No

2 people found this review helpful

**7/11/2014**

the best support I ever got. its was very quick. The technician are very knowledgeable. ***** is very patient.  Thank you

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by Jacqui r. on 7/11/2014

Was this review helpful to you?  Yes  No

2 people found this review helpful

**7/11/2014**

excellent service

This customer has a POSITIVE experience with this business

This customer WOULD recommend this business to a friend, family member, neighbor or colleague

by geoffery s. on 7/11/2014

Was this review helpful to you?  Yes  No

2 people found this review helpful

1  14 15 16 17 **18**

## ASSOCIATED SEARCHES

Find BBB Accredited Businesses offering similar services.

Find more businesses offering similar services.

## FEEDBACK

### RECOMMEND

Would you recommend this review to others?

Please Select:  Yes  No

### SHARE WITH US

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

### CONTACT US

Email us at

primarinessbusinessupport.org with your questions, suggestions and concerns.



Hello Supervisor of Pairsys Inc:

I appreciate the refund of $100 to help us pay the expense for our computer repair.

The update you intended to install unfortunately shut down our 2005 Mac

Computer so we took the entire computer to a repair shop for Macintosh

Computers and had a new hard drive installed. The computer works fine now and I

recognize the fact your efforts were well- intended. Thanks for following up on

your promise to give us a refund. My faith in your business is restored and I

apologize for accusing you of trying to scam me.

Sincerely,
Joe Dean M.D.

**Joe Dean**
440 Palomino Way
McKinney, TX 75069-1515

Pairsys Inc,
1621 Central Ave
Albany, NY 12205