

UNITED STATES OF AMERICA
Federal Trade Commission
SOUTHEAST REGION

Bureau of Consumer Protection
Gideon E. Sinasohn, Attorney
(404) 656-1366
225 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303

August 03, 2015

The Honorable Thomas J. McAvoy
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY, 12207

Dear Honorable Judge McAvoy,

    As the lead attorney for the Plaintiff in the case of the FTC v. Pairsys, Inc., et. al., case number 14-cv-1192, I submit this statement clarifying that, because the Court has entered the Stipulated Order for Permanent Injunction and Monetary Judgment (D.E. # 47), all claims in this matter have been resolved. Therefore, the Plaintiff will not pursue its Motion for Entry of Default Judgment Against Pairsys, Inc. (D.E. # 34).

Yours truly,

*Gideon E. Sinasohn*
Gideon E. Sinasohn